# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Janell Lynn Khamrongsa,<br><br>    Plaintiff<br>v.<br><br>Extra Space Storage, et al.,<br><br>    Defendants | Case No. 2:25-cv-01745-JAD-DJA<br><br>**Order Denying Motions**<br><br>ECF Nos. 12, 13 |

Janell Lynn Khamvongsa sues Extra Space Storage and Isabella Reyes for barring her from her father's rented storage unit. As I explained in an order dated November 18, 2025, this case is not in the procedural posture necessary to default the defendants or obtain a default judgment against them. *See* ECF No. 10. The defendants have not been served with legal process because no summons has yet been issued by the Clerk of Court. They are also actively participating in this litigation and have moved to dismiss the plaintiff's case. *See* ECF No. 14.

For these reasons, IT IS ORDERED that Plaintiff's Requests for Clerk's Entry of Default and for Default Judgment **[ECF Nos. 12, 13] are DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
November 20, 2025